USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEM THOMAS,

    Plaintiff,

v.

3M COMPANY and AERO TECHNOLOGIES, ETC.,

    Defendants.

No. 19-CV-2593 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 22, 2019, Plaintiff requested to unseal this action. Plaintiff's request is granted.

If Plaintiff intends to continue this action against Defendants, Plaintiff must serve a complaint on Defendants pursuant to Federal Rule of Civil Procedure 4.

SO ORDERED.

Dated:   December 3, 2019
         New York, New York

Ronnie Abrams
United States District Judge